IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 ANNUITY FUND, THE FUND FOR THE TRAINING OF APPRENTICES AND JOURNEYMEN PLUMBERS AND STEAMFITTERS OF LOCAL UNION NO. 137, INTERNATIONAL TRAINING FUND, INDUSTRY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PER CAPITA FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 MARKET RECOVERY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 COPE FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 NEW BUILDING FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 SAVINGS FUND, and PLUMBERS AND STEAMFITTERS LOCAL #137, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 20-cv-3234 |
| v. | ) ) | |
| AC CROWDER CORPORATION and AARON CROWDER, | ) ) ) | |
| Defendants. | ) | |

# ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This cause coming before the Court on Plaintiffs' Motion for Default Judgment and for Order Compelling Accounting (d/e 7), and defendants, AC Crowder Corporation and Aaron Crowder, having been previously found to be in default, and having failed to respond to plaintiffs' Motion, the Court, being fully advised in the premises and having reviewed and considered the Motion, the supporting Memorandum of Law (d/e 8), Plaintiffs' Complaint (d/e 1) and the exhibits attached thereto, and other documentary evidence contained in the court file, hereby ORDERS as FOLLOWS:

  A. Plaintiffs' Motion for Default Judgment and for Order Compelling Accounting (d/e 7) is GRANTED.

  B. Defendants are liable to Plaintiffs for damages consisting of delinquent fringe benefit contributions, liquidated damages, audit costs, attorney's fees, and other amounts owed to Plaintiffs pursuant to the provisions of the collective bargaining agreement, the trust agreement, the promissory note, and ERISA;

  C. Defendant AC Crowder Corporation is ordered to provide and make available to Plaintiffs or Plaintiffs' auditor, within 30 days

of this order, all of Defendant's payroll and other business records and remittance reports for a period that commences with a date to be determined by the Plaintiffs through a future ending date to be determined by the Plaintiffs;

      D.    The Court reserves entry of a final judgment until after an accounting of the payroll and other business records of Defendant, AC Crowder Corporation, has been completed; and

      E.    Plaintiffs are granted leave to file supplemental proofs establishing the judgment sum for all amounts owed to the plaintiffs, including contributions determined to be due and owing over the accounting period, as well as liquidated damages, interest, audit costs, and attorneys' fees to which Plaintiffs are entitled pursuant to the trust agreement, the collective bargaining agreement, the promissory note, and ERISA.

ENTER: May 21, 2021

                                                *s/ Sue E. Myerscough*
                                                SUE E. MYERSCOUGH
                                                UNITED STATES DISTRICT JUDGE