IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 ANNUITY FUND, THE FUND FOR THE TRAINING OF APPRENTICES AND JOURNEYMEN PLUMBERS AND STEAMFITTERS OF LOCAL UNION NO. 137, INTERNATIONAL TRAINING FUND, INDUSTRY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PER CAPITA FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 MARKET RECOVERY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 COPE FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 NEW BUILDING FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 SAVINGS FUND, and PLUMBERS AND STEAMFITTERS LOCAL #137, <br><br>       Plaintiffs, <br><br> v. <br><br> AC CROWDER CORPORATION and AARON CROWDER, <br><br>       Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No.    20-3234 ) ) ) ) ) ) |

**MOTION FOR ENTRY OF FINAL JUDGMENT**

NOW COME the Plaintiffs, EAST CENTRAL ILLINOIS PIPE TRADES WELFARE HEALTH AND WELFARE TRUST FUND *et al*., by their attorneys, CAVANAGH & O'HARA, LLP, and for their Motion for Entry of Final Judgment against the defendants, AC CROWDER CORPORATION and AARON CROWDER, state as follows:

1. Plaintiffs filed a motion for default judgment and for order compelling accounting on December 14, 2020 (d/e 7).

2. Plaintiffs requested from the court a finding of liability and other relief and an order compelling the defendants to provide records for an accounting of the payroll records of defendant AC Crowder Corporation to determine whether fringe benefit contributions and other amounts were owed to the plaintiffs.

3. The Court entered an order on May 21, 2021, 2019 (d/e 10) granting plaintiffs' motion for default judgment and for order compelling accounting.

4. The defendant has previously been found to be in default (d/e 6) and upon default, the well-pleaded factual allegations of the complaint relating to liability are deemed admitted, and a plaintiff is not required to further establish, and the defendant has no further standing to contest, the plaintiff's right to recover. *In Re Uranium Antitrust Litigation*, 473 F. Supp. 382 (N.D. Ill. 1979); *see also Dundee Cement Co. v. Howard Pipe & Concrete Prods., Inc.,* 722 F.2d 1319, 1323 ( 7th Cir.1983).

5. Further, the under the court's order (d/e 10), the defendants were found to be liable to the plaintiffs for damages consisting of fringe benefit contributions, liquidated damages, audit costs, attorneys' fees, and other amounts owed to the plaintiffs.

6. The court reserved entry of final judgment under its order (d/e 10) until after an accounting of the payroll records of defendant AC Crowder Corporation had been completed and granted plaintiffs leave to file supplemental proofs establishing the damages plaintiffs have suffered and the total amounts owed to the plaintiffs.

7. An accounting covering the period of April 1, 2017 through March 31, 2021 has been completed and determined that additional fringe benefit contributions and other amounts are owed to the plaintiffs.

8. The accounting determined that defendant has employed individuals who performed bargaining unit work for which additional contributions and working dues are owed to the plaintiffs under the provisions of the collective bargaining agreement and trust agreements.

9. The accounting determined that (1) additional contributions and working dues in the sum of $103,271.05 are owed to plaintiffs group Plumbers & Steamfitters Local 137 Pension Fund *et al.*; (2) additional contributions in the sum of $51,482.05 are owed to plaintiff East Central Illinois Pipe Trades Health and Welfare Trust Fund; and (3) additional contributions in the sum of $6,818.20 are owed to plaintiff Plumbers & Pipefitters National Pension Fund.

10. Plaintiff Plumbers & Steamfitters Local 137 Pension Fund is also owed a 5% surcharge totaling $978.00 on contributions owed from September 1, 2020 through the end of the audit period of March 31, 2021 because the pension plan is in critical status.

11. Aaron Crowder, individually, gave plaintiffs a promissory note in the principal amount of $46,467.90 plus interest, under which he agreed to be jointly and severally obligated to pay plaintiffs for contributions and other amounts owed by defendant AC Crowder Corporation to plaintiffs under ERISA.

12. The unpaid principal balance plus interest under the promissory note is $54,346.26.

13. Plaintiffs are entitled to liquidated damages, interest, and reasonable attorneys' fees and costs as may be available under Section 502(g)(2)(A-E) of ERISA, the collective bargaining agreement, the trust agreement, and the promissory note.

14. An affidavit in support of this motion from Aaron Gurnsey, a Trustee of Plumbers & Steamfitters Local #137 Pension Fund, is attached hereto as Exhibit A, and is fully incorporated herein and made a part hereof.

15. An affidavit in support of this motion from Mel Cox, Administrator of the East Central Illinois Pipe Trades Health and Welfare Trust Fund, is attached hereto as Exhibit B, and is fully incorporated herein and made a part hereof.

16. An affidavit in support of this motion from Toni C. Inscoe, Administrator of the Plumbers & Pipefitters National Pension Fund, is attached hereto as Exhibit C, and is fully incorporated herein and made a part hereof.

17. An affidavit in support of this motion from Joe Romolo, CPA, is attached hereto as Exhibit D, and is fully incorporated herein and made a part hereof.

19. Affidavits in support of attorneys' fees and costs incurred by the plaintiffs are attached hereto as Exhibits E, F and G, and are fully incorporated herein and made a part hereof.

20. A memorandum of law in support of plaintiffs' motion for entry of final judgment is being filed separately from, but in support of this motion, and is hereby incorporated into this motion by this reference as if fully set forth herein.

WHEREFORE, Plaintiffs pray as follows:

A. That judgment is entered in the sum of $103,271.05, plus liquidated damages, interest, audit costs, and attorneys' fees and costs, in favor of plaintiffs Plumbers and Steamfitters Local #137 Pension Fund, Plumbers and Steamfitters Local #137 Annuity Fund, The Fund for the Training of Apprentices and Journeymen Plumbers and Steamfitters of Local Union No. 137, International Training Fund, Industry Fund, Plumbers and Steamfitters Local #137 Per Capita Fund, Plumbers and Steamfitters Local #137 Market Recovery Fund, Plumbers and Steamfitters Local #137 Cope Fund, Plumbers and Steamfitters Local #137 New Building Fund, Plumbers and Steamfitters Local #137 Savings Fund, and Plumbers and Steamfitters Local #137 and against the defendant AC Crowder Corporation.

B.That judgment is entered in the sum of $51,482.05, plus liquidated damages, interest, audit costs, and attorneys' fees and costs, in favor of plaintiff East Central Illinois Pipe Trades Health and Welfare Trust Fund and against the defendant AC Crowder Corporation.

C.That judgment is entered in the sum of $6,818.20, plus liquidated damages, interest, audit costs, and attorneys' fees and costs, in favor of plaintiff Plumbers & Pipefitters National Pension Fund and against the defendant AC Crowder Corporation.

D.That judgment is entered in the sum of $978.00 in favor of plaintiff Plumbers & Steamfitters Local 137 Pension Fund and against the defendant AC Crowder Corporation.

E.That judgment is entered in the sum of $54,346.26, plus attorneys' fees and costs, in favor of plaintiffs and against the defendant Aaron Crowder, individually.

F.That defendants are decreed to pay to the plaintiffs liquidated damages, interest, and reasonable attorneys' fees and costs as may be available under ERISA, the collective bargaining agreement, the trust agreement, and the promissory note;

G.That defendants are decreed to pay all costs attendant to these proceedings;

H.That plaintiffs are awarded, at defendants' cost, such further and other relief as may be available under ERISA, the collective bargaining agreement, the trust agreement, the promissory note, or as is otherwise just and equitable.

EAST CENTRAL ILLINOIS PIPE TRADES HEALTH & WELFARE FUND *et al.*, Plaintiffs,

By:    s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that on July 27, 2021, I mailed by United States Postal Service, via certified and regular mail, the document(s) to the following non-registered participants:

AC Crowder Corporation
c/o Aaron Crowder, President
3310 Gracie Industrial Dr.
Springfield, IL 62707

Aaron Crowder
3310 Gracie Industrial Dr.
Springfield, IL 62707

Respectfully submitted:

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com