# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| EAST CENTRAL ILLINOIS PIPE TRADES HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 ANNUITY FUND, THE FUND FOR THE TRAINING OF APPRENTICES AND JOURNEYMEN PLUMBERS AND STEAMFITTERS OF LOCAL UNION NO. 137, INTERNATIONAL TRAINING FUND, INDUSTRY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PER CAPITA FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 MARKET RECOVERY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 COPE FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 NEW BUILDING FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 SAVINGS FUND, and PLUMBERS AND STEAMFITTERS LOCAL #137, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 20-3234 |
| AC CROWDER CORPORATION and AARON CROWDER, | )<br>)<br>) |
| Defendant. | ) |
| STATE OF VIRGINIA<br>CITY OF ALEXANDRIA | )<br>) SS:<br>) |

### AFFIDAVIT OF TONI C. INSCOE
### IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT

NOW COMES the Affiant, TONI C. INSCOE, and does hereby duly state under oath:

Page 1 of 5

1. I am the Administrator for the Trustees of the United Association National Pension Fund (the "Fund") formerly known as the Plumbers & Pipefitters National Pension Fund.

2. The Fund provides retirement and other benefits to the employees of various employers who make contributions to the Fund pursuant to collective bargaining agreements between employers and local labor organizations.

3. The Fund, as part of its normal operating procedures, (i) maintains files containing copies of the collective bargaining agreements signed by contributing employers; (ii) maintains copies of contribution reports submitted by contributing employers and records hours of work reported and contributions paid to the Fund by contributing employers; (iii) monitors contributing employers reporting of, or the failure to report contributions on a monthly basis; (iv) conducts payroll compliance audits to ensure that employers are complying with their obligations under the collective bargaining agreements and paying all contributions that are owed to the Fund; and (iv) calculates and assesses liquidated damages and interest on delinquent contributions.

4. I have reviewed and am familiar with the regular business records maintained by the Fund for AC Crowder Corporation ("AC Crowder"), and my statements herein are based upon my review of and familiarity with such records.

5. AC Crowder has employee who are participants in the employee benefit fund administered by the Fund pursuant to a collective bargaining agreement.

6. AC Crowder is required under the collective bargaining agreement and the Fund's trust agreement to report to the Fund the hours of covered work performed by its employees each month.

7. AC Crowder is required under the collective bargaining agreement and the Fund's trust agreement to promptly pay fringe benefit contributions to the Fund for the hours of covered work performed by its employees each month.

8. An audit has been completed of the payroll records of AC Crowder for the period of April 1, 2017 through March 31, 2021 (the "audit period") by the Fund's auditor, Romolo & Associates, LLC ("Romolo & Associates").

9. I have reviewed the Fund's audit report and the report found that AC Crowder is delinquent in reporting hours worked by its employees and paying contributions owed to the Fund over the audit period.

10. The audit report determined that AC Crowder owes the Fund additional contributions totaling $6,818.20.

11. Based upon the audit report, the Fund has calculated contributions and other amounts owed to the Fund pursuant to the provisions of the collective bargaining agreement and the Fund's trust agreement.

12. Under Article VI, Section 5 of the Fund's trust agreement, AC Crowder owes liquidated damages equal to ten (10%) percent of the delinquent contribution received after the due date.

13. Pursuant to Article VI, Section 5 of the trust agreement and the delinquency procedures adopted by the Trustees of the Fund as revised in May 2009, AC Crowder owes interest assessed at the rate of 12% per annum from the due date through the date of payment.

14. The Fund has calculated liquidated damages and interest owed to the Fund by AC Crowder, using the formulas under Article VI, Section 5 of the Fund's trust agreement and the Fund's delinquency procedures.

15. Under Article VI, Section 5 of the Fund's trust agreement, AC Crowder owes the Fund its accounting fees for the cost of the audit performed by Romolo & Associates.

16. AC Crowder owes the Fund based upon the audit report, after all just credits, exclusive of attorneys' fees and costs, known amounts of $8,995.69 as itemized below:

| | |
|---|---|
| Contributions: | $6,818.20 |
| Audit Costs: | $ 866.92 |
| Liquidated Damages: | $ 681.82 |
| Interest: | $ 628.75 |
| | $8,995.69 |

17. The Fund's calculation of amounts due are further detailed on the attached exhibit "1", which is incorporated herein by this reference.

18. Under Article VI, Section 5 of the Fund's trust agreement, AC Crowder owes the Fund all expenses incurred by the Fund in collecting contributions, including reasonable attorneys' fees.

19. The Fund has retained the law firm of Cavanagh & O'Hara LLP to enforce the Fund's rights under the collective bargaining agreement, its trust agreement, the promissory note, and ERISA to collect contributions and other sums due to the Fund from the defendants, and to compel the defendants to meet their obligations under the collective bargaining agreement.

20. The Fund has incurred significant attorneys' fees and costs by having to bring and prosecute this action as well as in engage in general pre-litigation enforcement and collection action, all of which was necessary due to the conduct of AC Crowder, which includes, without limitation, routinely failing to timely report and pay contributions, defaulting under the terms of negotiated payment plans, delaying and being non-responsive to demands for monthly hours reports and payment of contributions.

21.  The attorneys' fees and costs that have been incurred are reasonable and necessary and detailed in attorney fee affidavit that is attached as an exhibit to the Fund's motion for entry of final judgment.

22.  That each of the statements herein is true and correct and known to me of my personal knowledge and if called as a witness, I would competently testify thereto.

FURTHER AFFIANT SAYETH NOT.



TONI C. INSCOE

SUBSCRIBED and SWORN to a Notary Public this 13th day of July 2021.

NOTARY PUBLIC

# EXHIBIT "1"

AC CROWDER CORPORATION and AARON CROWDER

NATIONAL PENSION FUND and INTERNATIONAL TRAINING FUND
Interest Assessed at the Rate of 12% Per Annum
CONTRIBUTIONS, LIQUIDATED DAMAGES AND INTEREST:

| DATE | NPF REPORTS/ NO MONEY | TOTAL CONTRIB. OWED | NPF LIQUIDATED DAMAGES | DAILY INTEREST RATE | NPF DAILY INTEREST | DUE DATE | CURRENT DATE | DAYS LATE | TOTAL INTEREST |
|---|---|---|---|---|---|---|---|---|---|
| May-19 | $7.30 | $7.30 | $0.73 | 0.033% | $0.00 | 20-Jun-19 | 09-Jul-21 | 750 | $1.81 |
| Jan-20 | $432.16 | $432.16 | $43.22 | 0.033% | $0.14 | 20-Feb-20 | 09-Jul-21 | 505 | $72.02 |
| Feb-20 | $340.18 | $340.18 | $34.02 | 0.033% | $0.11 | 20-Mar-20 | 09-Jul-21 | 476 | $53.44 |
| Mar-20 | $313.90 | $313.90 | $31.39 | 0.033% | $0.10 | 20-Apr-20 | 09-Jul-21 | 445 | $46.10 |
| Apr-20 | $303.68 | $303.68 | $30.37 | 0.033% | $0.10 | 20-May-20 | 09-Jul-21 | 415 | $41.59 |
| May-20 | $461.36 | $461.36 | $46.14 | 0.033% | $0.15 | 20-Jun-20 | 09-Jul-21 | 384 | $58.46 |
| Jun-20 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Jul-20 | 09-Jul-21 | 354 | $54.58 |
| Jul-20 | $584.00 | $584.00 | $58.40 | 0.033% | $0.19 | 20-Aug-20 | 09-Jul-21 | 323 | $62.25 |
| Aug-20 | $404.42 | $404.42 | $40.44 | 0.033% | $0.13 | 20-Sep-20 | 09-Jul-21 | 292 | $38.97 |
| Sep-20 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Oct-20 | 09-Jul-21 | 262 | $40.39 |
| Oct-20 | $584.00 | $584.00 | $58.40 | 0.033% | $0.19 | 20-Nov-20 | 09-Jul-21 | 231 | $44.52 |
| Nov-20 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Dec-20 | 09-Jul-21 | 201 | $30.99 |
| Dec-20 | $584.00 | $584.00 | $58.40 | 0.033% | $0.19 | 20-Jan-21 | 09-Jul-21 | 170 | $32.76 |
| Jan-21 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Feb-21 | 09-Jul-21 | 139 | $21.43 |
| Feb-21 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Mar-21 | 09-Jul-21 | 111 | $17.11 |
| Mar-21 | $467.20 | $467.20 | $46.72 | 0.033% | $0.15 | 20-Apr-21 | 09-Jul-21 | 80 | $12.33 |
| TOTALS | $6,818.20 | $6,818.20 | $681.82 | | | | | | $628.75 |

Contributions: $6,818.20
Liquidated Damages: $681.82
Interest: $628.75
Total: $8,128.77

Audit Fees: 866.92

Total: $8,995.69