E-FILED
Tuesday, 27 July, 2021  11:58:45 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

EAST CENTRAL ILLINOIS PIPE TRADES )
HEALTH AND WELFARE TRUST FUND, )
PLUMBERS & PIPEFITTERS NATIONAL )
PENSION FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 PENSION )
FUND, PLUMBERS AND STEAMFITTERS )
LOCAL #137 ANNUITY FUND, THE FUND )
FOR THE TRAINING OF APPRENTICES )
AND JOURNEYMEN PLUMBERS AND )
STEAMFITTERS OF LOCAL UNION )
NO. 137, INTERNATIONAL TRAINING )
FUND, INDUSTRY FUND, PLUMBERS )
AND STEAMFITTERS LOCAL #137 PER )
CAPITA FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 MARKET )
RECOVERY FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 COPE FUND, )
PLUMBERS AND STEAMFITTERS )
LOCAL #137 NEW BUILDING FUND, )
PLUMBERS AND STEAMFITTERS )
LOCAL #137 SAVINGS FUND, and )
PLUMBERS AND STEAMFITTERS )
LOCAL #137, )
)
        Plaintiffs, )
)
v. )    No.   20-3234
)
AC CROWDER CORPORATION and )
AARON CROWDER, )
)
        Defendant. )

STATE OF ILLINOIS      )
                 ) SS:
COUNTY OF PEORIA     )

## AFFIDAVIT OF JOSEPH ROMOLO
## IN SUPPORT OF MOTION FOR ENTRY OF FINAL JUDGMENT

NOW COMES the Affiant, JOSEPH ROMOLO, and does hereby duly state under oath:
Page **1** of **4**

1.     I am a Certified Public Accountant licensed under the laws of Illinois.

2.     I am the principal owner of Romolo & Associates LLC, a certified public accounting firm ("Romolo & Associates").

3.     Romolo & Associates was engaged by the Plumbers and Steamfitters Local #137 Pension Fund, East Central Illinois Pipe Trades Health and Welfare Trust Fund, and Plumbers & Pipefitters National Pension Fund (the "Funds") to perform a pay-roll examination of AC Crowder Corporation for the period of April 1, 2017 through March 31, 2021.

4.     I am responsible for the supervision of pay-roll examinations performed by Romolo & Associates and am familiar with the payroll examination performed for the Funds of AC Crowder Corporation for the period of April 1, 2017 through March 31, 2021.

5.     The payroll examination of AC Crowder Corporation was performed using certain procedures specified by the Funds that are designed to determine if data submitted to the Funds by AC Crowder Corporation complies with the reporting provisions of applicable collective bargaining agreements and the Funds' respective trust agreements (the "Procedures").

6.     The Procedures used in the payroll examination are the same procedures used by other licensed accounting firms in other similar engagements.

7.     The Procedures used in the examination were performed in accordance with standards established by the American Institute of Certified Public Accountants.

8.     The payroll examination resulted in findings that AC Crowder Corporation did not report all hours worked by its employees or pay all required employer contributions owed to the Funds under the collective bargaining agreement over the audit period.

9.     The payroll examination determined that (1) additional contributions and working dues in the sum of $103,271.05 are owed to Plumbers & Steamfitters Local 137 Pension Fund and

Page 2 of 4

other funds and labor organizations for which the Fund acts as a point of collection for payments due under the collective bargaining agreement; (2) additional contributions in the sum of $51,482.05 are owed to East Central Illinois Pipe Trades Health and Welfare Trust Fund; and (3) additional contributions in the sum of $6,818.20 are owed to Plumbers & Pipefitters National Pension Fund.

10.     Romolo & Associates prepared a report of the examination findings for Plumbers & Steamfitters Local 137 Pension Fund, a true and accurate copy of which is attached as Exhibit "1".

11.     Romolo & Associates prepared a report of the examination findings for East Central Illinois Pipe Trades Health and Welfare Trust Fund, a true and accurate copy of which is attached as Exhibit "2".

12.     Romolo & Associates prepared a report of the examination findings for Plumbers & Pipefitters National Pension Fund, a true and accurate copy of which is attached as Exhibit "3".

13.     Plumbers & Steamfitters Local 137 Pension Fund was invoiced $867.48 for the cost of payroll examination, East Central Illinois Pipe Trades Health and Welfare Trust Fund was invoiced $868.25 for the cost of the payroll examination, and Plumbers & Pipefitters National Pension Fund was invoiced $866.92 for the cost of the payroll examination, all of which amount charges are customary and reasonable for the services performed based upon my industry knowledge, experience, and training.

14.     That each of the statements herein is true and correct and known to me of my personal knowledge and if called as a witness, I would competently testify thereto.

Page 3 of 4

FURTHER AFFIANT SAYETH NOT.



JOSEPH ROMOLO

SUBSCRIBED and SWORN to a Notary Public this _____ day of June 2021.

OFFICIAL SEAL
TERESA A DAVIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/27/21

NOTARY PUBLIC

Page **4** of **4**

# EXHIBIT "1"

STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
AC CROWDER CORPORATION
ON BEHALF OF THE
PLUMBERS & STEAMFITTERS LOCAL 137
FRINGE BENEFIT FUNDS
FOR THE PERIOD
APRIL 1, 2017 THROUGH MARCH 31, 2021



1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

Plumbers & Steamfitters Local 137
Fringe Benefit Funds
Springfield, Illinois

We have performed the procedures enumerated on the attached supplement, which were agreed to by the Plumbers & Steamfitters Local 137 Fringe Benefit Funds (the Fund), solely to assist you with respect to the selected payroll and related records of AC Crowder Corporation (the Employer) for the period of April 1, 2017 through March 31, 2021. The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the collective bargaining agreements, participation agreements, and Plumbers & Steamfitters Local 137 Fringe Benefit Funds' Trust Agreements. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Fund. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures performed are found on the attached supplement.

In connection with the above procedures, certain matters came to our attention that resulted in findings of additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $103,271.05.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Our procedures were related to an examination of the employer's payroll records provided to us and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the Plumbers & Steamfitters Local 137 Fringe Benefit Funds and is not intended to be and should not be used by anyone other than those specified parties.

Romolo & Associates, LLC
Certified Public Accountants
Peoria, IL
May 11, 2021

## CONSULTING AGREEMENT PROCEDURES PERFORMED

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   o Payroll journals or computer printouts with paycheck history, employee hours, gross wages
   o Individual earnings and time records on all employees or computer printout with paycheck history
   o Annual earnings records (W-2's and W-3)
   o Quarterly employer's federal withholding and FICA tax returns (Forms 941)
   o Quarterly employer's contribution and wages reports for state unemployment compensation
   o Employer's copies of monthly fringe benefit report forms
   o Employee occupation listing
   o Cash disbursement records
   o Payments to subcontractors (Forms 1096 and 1099)
   o Most recent union contract
   o Federal tax returns

3. To determine that we were provided with the entire payroll we performed the following procedure:

   o Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4. In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures:

   o Determined classifications of employees and/or their union affiliation based on the employer's records
   o Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

   (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**AC CROWDER CORPORATION**
**NOTES TO CONSULTING PROCEDURES**
**APRIL 1, 2017 THROUGH MARCH 31, 2021**

### NOTE 1    WORKING OWNER

The only owner of the company, Aaron Crowder, participates in the Fund. Mr. Crowder was paid hourly, at union scale during our examination period. When he reported his hours to the Fund, he reported all hours worked. All delinquent hours have been shown as due herein since it was Mr. Crowder's intent to continue reporting hours worked to the Fund.

### NOTE 2    LOCAL CLASSIFICATION CODES

The hours shown as due in our report have been shown under the local classification codes listed below.

137*        Unreported hours for all fringe benefits the Fund collects excluding Pension and Annuity. All hours shown as due under this code are based upon the hours worked.

137-PA      Unreported hours for Pension and Annuity only based upon the hours paid.

**AC Crowder Corporation**
**TOTAL SUMMARY OF AMOUNTS DUE**
**April 1, 2017  To  March 31, 2021**

| | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $   - | $   - | $ 15,908.10 | $ 29,935.35 | $ 7,824.00 | $ 53,667.45 |
| ANNUITY | $   - | $   - | $ 3,059.25 | $ 5,557.50 | $ 1,440.00 | $ 10,056.75 |
| APPRENTICESHIP | $   - | $   - | $ 2,054.85 | $ 4,304.64 | $ 1,152.00 | $ 7,511.49 |
| ITF | $   - | $   - | $ 203.45 | $ 370.50 | $ 96.00 | $ 669.95 |
| INDUSTRY | $   - | $   - | $ 406.90 | $ 800.22 | $ 211.20 | $ 1,418.32 |
| DRUG SCREENING | $   - | $   - | $ 162.76 | $ 296.40 | $ 76.80 | $ 535.96 |
| SAVINGS FUND | $   - | $   - | $ 4,069.00 | $ 7,410.00 | $ 1,920.00 | $ 13,399.00 |
| COPE FUND | $   - | $   - | $ 305.18 | $ 555.75 | $ 144.00 | $ 1,004.93 |
| PER CAP FUND | $   - | $   - | $ 81.38 | $ 148.20 | $ 38.40 | $ 267.98 |
| MARKET INVESTMENT | $   - | $   - | $ 813.80 | $ 2,074.20 | $ 576.00 | $ 3,464.00 |
| BUILDING FUND | $   - | $   - | $ 406.90 | $ 741.00 | $ 192.00 | $ 1,339.90 |
| WORKING DUES | $   - | $   - | $ 3,022.32 | $ 5,490.40 | $ 1,422.60 | $ 9,935.32 |
| TOTAL DUE | $   - | $   - | $ 30,493.89 | $ 57,684.16 | $ 15,093.00 | $ 103,271.05 |

**AC Crowder Corporation**

**SUMMARY OF AMOUNTS DUE - LOCAL 137***

April 1, 2017   To   March 31, 2021

| | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|
| APPRENTICESHIP | $ - | $ - | $ 2,054.85 | $ 4,304.64 | $ 1,152.00 | $ 7,511.49 |
| ITF | $ - | $ - | $ 203.45 | $ 370.50 | $ 96.00 | $ 669.95 |
| INDUSTRY | $ - | $ - | $ 406.90 | $ 800.22 | $ 211.20 | $ 1,418.32 |
| DRUG SCREENING | $ - | $ - | $ 162.76 | $ 296.40 | $ 76.80 | $ 535.96 |
| SAVINGS FUND | $ - | $ - | $ 4,069.00 | $ 7,410.00 | $ 1,920.00 | $ 13,399.00 |
| COPE FUND | $ - | $ - | $ 305.18 | $ 555.75 | $ 144.00 | $ 1,004.93 |
| PER CAP FUND | $ - | $ - | $ 81.38 | $ 148.20 | $ 38.40 | $ 267.98 |
| MARKET INVESTMENT | $ - | $ - | $ 813.80 | $ 2,074.20 | $ 576.00 | $ 3,464.00 |
| BUILDING FUND | $ - | $ - | $ 406.90 | $ 741.00 | $ 192.00 | $ 1,339.90 |
| WORKING DUES | $ - | $ - | $ 3,022.32 | $ 5,490.40 | $ 1,422.60 | $ 9,935.32 |
| TOTAL DUE | $ - | $ - | $ 11,526.54 | $ 22,191.31 | $ 5,829.00 | $ 39,546.85 |

**AC Crowder Corporation - 137 FBF**

**Unreported Total Hours**

**For period 1/1/2019 - 12/31/2019**

**Local: 137***

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | | | | | | | | | | | | | |
| ▪ | 0.00 | 0.00 | 0.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 0.00 | 0.00 | 0.00 | 1040.00 |
| **NIX, ELLIOT** | | | | | | | | | | | | | |
| ▪ | 0.00 | 0.00 | 0.00 | 155.50 | 207.00 | 148.00 | 155.00 | 179.00 | 150.00 | 0.00 | 0.00 | 0.00 | 994.50 |
| **Unreported Total Hours** | 0.00 | 0.00 | 0.00 | 315.50 | 407.00 | 308.00 | 315.00 | 379.00 | 310.00 | 0.00 | 0.00 | 0.00 | 2034.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| APPRENTICESHIP | $0.00 | $0.00 | $0.00 | $318.66 | $411.07 | $311.08 | $318.15 | $382.79 | $313.10 | $0.00 | $0.00 | $0.00 | $2,054.85 |
| ITF | $0.00 | $0.00 | $0.00 | $31.55 | $40.70 | $30.80 | $31.50 | $37.90 | $31.00 | $0.00 | $0.00 | $0.00 | $203.45 |
| INDUSTRY | $0.00 | $0.00 | $0.00 | $63.10 | $81.40 | $61.60 | $63.00 | $75.80 | $62.00 | $0.00 | $0.00 | $0.00 | $406.90 |
| DRUG SCREENING | $0.00 | $0.00 | $0.00 | $25.24 | $32.56 | $24.64 | $25.20 | $30.32 | $24.80 | $0.00 | $0.00 | $0.00 | $162.76 |
| SAVINGS FUND | $0.00 | $0.00 | $0.00 | $631.00 | $814.00 | $616.00 | $630.00 | $758.00 | $620.00 | $0.00 | $0.00 | $0.00 | $4,069.00 |
| COPE FUND | $0.00 | $0.00 | $0.00 | $47.33 | $61.05 | $46.20 | $47.25 | $56.85 | $46.50 | $0.00 | $0.00 | $0.00 | $305.18 |
| PER CAP FUND | $0.00 | $0.00 | $0.00 | $12.62 | $16.28 | $12.32 | $12.60 | $15.16 | $12.40 | $0.00 | $0.00 | $0.00 | $81.38 |
| MARKET INVESTMENT | $0.00 | $0.00 | $0.00 | $126.20 | $162.80 | $123.20 | $126.00 | $151.60 | $124.00 | $0.00 | $0.00 | $0.00 | $813.80 |
| BUILDING FUND | $0.00 | $0.00 | $0.00 | $63.10 | $81.40 | $61.60 | $63.00 | $75.80 | $62.00 | $0.00 | $0.00 | $0.00 | $406.90 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $1,318.80 | $1,701.28 | $1,287.44 | $1,316.70 | $1,584.22 | $1,295.80 | $0.00 | $0.00 | $0.00 | $8,504.22 |
| **Rates** | | | | | | | | | | | | | |
| APPRENTICESHIP | 0.000 | 0.000 | 0.000 | 1.010 | 1.010 | 1.010 | 1.010 | 1.010 | 1.010 | 1.010 | 1.010 | 1.010 | |
| ITF | 0.000 | 0.000 | 0.000 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| INDUSTRY | 0.000 | 0.000 | 0.000 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | |
| DRUG SCREENING | 0.000 | 0.000 | 0.000 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |
| SAVINGS FUND | 0.000 | 0.000 | 0.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | |
| COPE FUND | 0.000 | 0.000 | 0.000 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | |
| PER CAP FUND | 0.000 | 0.000 | 0.000 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | |
| MARKET INVESTMENT | 0.000 | 0.000 | 0.000 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | 0.400 | |
| BUILDING FUND | 0.000 | 0.000 | 0.000 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | |

## AC Crowder Corporation - 137 FBF
## Unreported Gross Wages
### For period 1/1/2019 - 12/31/2019
### Local: 137*

| | January | Febuary | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROWDER, AARON | $0.00 | $0.00 | $0.00 | $6,774.40 | $9,488.00 | $6,774.40 | $6,774.40 | $8,466.00 | $6,774.40 | $0.00 | $0.00 | $0.00 | $44,033.60 |
| NIX, ELLIOT | $0.00 | $0.00 | $0.00 | $6,583.87 | $8,976.08 | $6,266.32 | $6,562.70 | $7,578.86 | $6,351.00 | $0.00 | $0.00 | $0.00 | $42,318.83 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $13,358.27 | $17,444.08 | $13,040.72 | $13,337.10 | $16,046.86 | $13,125.40 | $0.00 | $0.00 | $0.00 | $86,352.43 |
| Amounts Due | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $467.54 | $610.54 | $456.42 | $466.79 | $561.64 | $459.39 | $0.00 | $0.00 | $0.00 | $3,022.32 |
| Total Liability | $0.00 | $0.00 | $0.00 | $467.54 | $610.54 | $456.42 | $466.79 | $561.64 | $459.39 | $0.00 | $0.00 | $0.00 | $3,022.32 |
| Rates | | | | | | | | | | | | | |
| Working Dues | 0.00% | 0.00% | 0.00% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |

# AC Crowder Corporation - 137 FBF
## Unreported Total Hours
### For period 1/1/2020 - 12/31/2020
#### Local: 137*

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROWDER, AARON | 160.00 | 128.00 | 128.00 | 128.00 | 176.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1960.00 |
| NIX, ELLIOT | 136.00 | 105.00 | 87.00 | 80.00 | 140.00 | 160.00 | 200.00 | 117.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1745.00 |
| **Unreported Total Hours** | 296.00 | 233.00 | 215.00 | 208.00 | 316.00 | 320.00 | 400.00 | 277.00 | 320.00 | 400.00 | 320.00 | 400.00 | 3705.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| APPRENTICESHIP | $298.96 | $235.33 | $217.15 | $249.60 | $379.20 | $384.00 | $480.00 | $332.40 | $384.00 | $480.00 | $384.00 | $480.00 | $4,304.64 |
| ITF | $29.60 | $23.30 | $21.50 | $20.80 | $31.60 | $32.00 | $40.00 | $27.70 | $32.00 | $40.00 | $32.00 | $40.00 | $370.50 |
| INDUSTRY | $59.20 | $46.60 | $43.00 | $45.76 | $69.52 | $70.40 | $88.00 | $60.94 | $70.40 | $88.00 | $70.40 | $88.00 | $800.22 |
| DRUG SCREENING | $23.68 | $18.64 | $17.20 | $16.64 | $25.28 | $25.60 | $32.00 | $22.16 | $25.60 | $32.00 | $25.60 | $32.00 | $296.40 |
| SAVINGS FUND | $592.00 | $466.00 | $430.00 | $416.00 | $632.00 | $640.00 | $800.00 | $554.00 | $640.00 | $800.00 | $640.00 | $800.00 | $7,410.00 |
| COPE FUND | $44.40 | $34.95 | $32.25 | $31.20 | $47.40 | $48.00 | $60.00 | $41.55 | $48.00 | $60.00 | $48.00 | $60.00 | $555.75 |
| PER CAP FUND | $11.84 | $9.32 | $8.60 | $8.32 | $12.64 | $12.80 | $16.00 | $11.08 | $12.80 | $16.00 | $12.80 | $16.00 | $148.20 |
| MARKET INVESTMENT | $118.40 | $93.20 | $86.00 | $124.80 | $189.60 | $192.00 | $240.00 | $169.20 | $192.00 | $240.00 | $192.00 | $240.00 | $2,074.20 |
| BUILDING FUND | $59.20 | $46.60 | $43.00 | $41.60 | $63.20 | $64.00 | $80.00 | $55.40 | $64.00 | $80.00 | $64.00 | $80.00 | $741.00 |
| **Total Liability** | $1,237.28 | $973.94 | $898.70 | $954.72 | $1,450.44 | $1,466.80 | $1,836.00 | $1,271.43 | $1,468.80 | $1,836.00 | $1,466.80 | $1,836.00 | $16,700.91 |
| **Rates** | | | | | | | | | | | | | |
| APPRENTICESHIP | 1.010 | 1.010 | 1.010 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | 1.200 | |
| ITF | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| INDUSTRY | 0.200 | 0.200 | 0.200 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | 0.220 | |
| DRUG SCREENING | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | 0.080 | |
| SAVINGS FUND | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | |
| COPE FUND | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | 0.150 | |
| PER CAP FUND | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | 0.040 | |
| MARKET INVESTMENT | 0.400 | 0.400 | 0.400 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | 0.600 | |
| BUILDING FUND | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | |

## AC Crowder Corporation - 137 FBF
### Unreported Gross Wages
### For period 1/1/2020 - 12/31/2020
#### Local: 137*

| | January | Febuary | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | $8,774.40 | $5,419.52 | $5,419.52 | $5,419.52 | $7,451.84 | $6,774.40 | $8,465.00 | $6,774.40 | $6,774.40 | $8,465.00 | $6,774.40 | $8,465.00 | $82,986.40 |
| **NIX, ELLIOT** | $5,768.24 | $4,445.70 | $3,683.58 | $3,387.20 | $5,927.60 | $6,774.40 | $8,468.00 | $4,865.78 | $6,774.40 | $8,468.00 | $6,774.40 | $9,468.00 | $73,883.30 |
| **Unreported Total Gross Wage** | $12,532.64 | $9,865.22 | $9,103.10 | $8,806.72 | $13,379.44 | $13,548.80 | $16,936.00 | $11,728.18 | $13,548.80 | $16,936.00 | $13,548.80 | $16,936.00 | $156,869.70 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $438.64 | $345.28 | $318.61 | $308.23 | $468.28 | $474.20 | $592.76 | $410.48 | $474.20 | $592.76 | $474.20 | $592.76 | $5,490.40 |
| **Total Liability** | $438.64 | $345.28 | $318.61 | $308.23 | $468.28 | $474.20 | $592.76 | $410.48 | $474.20 | $592.76 | $474.20 | $592.76 | $5,490.40 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |

## AC Crowder Corporation - 137 FBF
## Unreported Total Hours
## For period 1/1/2021 - 3/31/2021
### Local:  137*

| | January | February | March | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 160.00 | 160.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **NIX, ELLIOT** | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **Unreported Total Hours** | 320.00 | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 |
| **Amounts Due** | | | | | | | | | | | | |
| APPRENTICESHIP | $384.00 | $384.00 | $384.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,152.00 |
| ITF | $32.00 | $32.00 | $32.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $96.00 |
| INDUSTRY | $70.40 | $70.40 | $70.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $211.20 |
| DRUG SCREENING | $25.60 | $25.60 | $25.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.80 |
| SAVINGS FUND | $640.00 | $640.00 | $640.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,920.00 |
| COPE FUND | $48.00 | $48.00 | $48.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144.00 |
| PER CAP FUND | $12.80 | $12.80 | $12.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $38.40 |
| MARKET INVESTMENT | $192.00 | $192.00 | $192.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $576.00 |
| BUILDING FUND | $64.00 | $64.00 | $64.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.00 |
| **Total Liability** | $1,468.80 | $1,468.80 | $1,468.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,406.40 |
| **Rates** | | | | | | | | | | | | |
| APPRENTICESHIP | 1.200 | 1.200 | 1.200 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| ITF | 0.100 | 0.100 | 0.100 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| INDUSTRY | 0.220 | 0.220 | 0.220 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| DRUG SCREENING | 0.080 | 0.080 | 0.080 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| SAVINGS FUND | 2.000 | 2.000 | 2.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| COPE FUND | 0.150 | 0.150 | 0.150 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| PER CAP FUND | 0.040 | 0.040 | 0.040 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MARKET INVESTMENT | 0.600 | 0.600 | 0.600 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| BUILDING FUND | 0.200 | 0.200 | 0.200 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

AC Crowder Corporation - 137 FBF
Unreported Gross Wages
For period 1/1/2021 - 3/31/2021
Local: 137*

| | January | February | March | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROWDER, AARON | $6,774.40 | $6,774.40 | $6,774.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,323.20 |
| NIX, ELLIOT | $6,774.40 | $6,774.40 | $6,774.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,323.20 |
| Unreported Total Gross Wage | $13,548.80 | $13,548.80 | $13,548.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,646.40 |
| Amounts Due | | | | | | | | | | | | |
| Working Dues | $474.20 | $474.20 | $474.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,422.60 |
| Total Liability | $474.20 | $474.20 | $474.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,422.60 |
| Rates | | | | | | | | | | | | |
| Working Dues | 3.50% | 3.50% | 3.50% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |

## AC Crowder Corporation
### SUMMARY OF AMOUNTS DUE - LOCAL 137-PA
April 1, 2017   To   March 31, 2021

|  | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ 15,908.10 | $ 29,935.35 | $ 7,824.00 | $ 53,667.45 |
| ANNUITY | $ - | $ - | $ 3,059.25 | $ 5,557.50 | $ 1,440.00 | $ 10,056.75 |
| TOTAL DUE | $ - | $ - | $ 18,967.35 | $ 35,492.85 | $ 9,264.00 | $ 63,724.20 |

## AC Crowder Corporation - 137 FBF
### Unreported Total Hours
### For period 1/1/2019 - 12/31/2019
### Local: 137-PA

| | January | Febuary | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 0.00 | 0.00 | 0.00 | 160.00 | 200.00 | 160.00 | 150.00 | 200.00 | 160.00 | 0.00 | 0.00 | 0.00 | 1040.00 |
| **NIX, ELLIOT** | 0.00 | 0.00 | 0.00 | 155.50 | 212.00 | 148.00 | 155.00 | 179.00 | 150.00 | 0.00 | 0.00 | 0.00 | 999.50 |
| **Unreported Total Hours** | 0.00 | 0.00 | 0.00 | 315.50 | 412.00 | 308.00 | 315.00 | 379.00 | 310.00 | 0.00 | 0.00 | 0.00 | 2039.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $2,460.90 | $3,213.60 | $2,402.40 | $2,457.00 | $2,956.20 | $2,418.00 | $0.00 | $0.00 | $0.00 | $15,908.10 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $473.25 | $618.00 | $462.00 | $472.50 | $568.50 | $465.00 | $0.00 | $0.00 | $0.00 | $3,059.25 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $2,934.15 | $3,831.60 | $2,864.40 | $2,929.50 | $3,524.70 | $2,883.00 | $0.00 | $0.00 | $0.00 | $18,967.35 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 7.800 | 7.800 | 7.800 | 7.800 | 7.800 | 7.800 | 7.800 | 7.800 | 7.800 | |
| ANNUITY | 0.000 | 0.000 | 0.000 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | |

## AC Crowder Corporation - 137 FBF
### Unreported Total Hours
### For period 1/1/2020 - 12/31/2020
#### Local: 137-PA

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 160.00 | 128.00 | 128.00 | 128.00 | 176.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1960.00 |
| **NIX, ELLIOT** | 135.00 | 105.00 | 87.00 | 80.00 | 140.00 | 160.00 | 200.00 | 117.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1745.00 |
| **Unreported Total Hours** | 295.00 | 233.00 | 215.00 | 208.00 | 316.00 | 320.00 | 400.00 | 277.00 | 320.00 | 400.00 | 320.00 | 400.00 | 3705.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $2,308.80 | $1,817.40 | $1,677.00 | $1,695.20 | $2,675.40 | $2,608.00 | $3,260.00 | $2,257.55 | $2,608.00 | $3,260.00 | $2,608.00 | $3,260.00 | $29,935.35 |
| ANNUITY | $444.00 | $349.50 | $322.50 | $312.00 | $474.00 | $480.00 | $600.00 | $415.50 | $480.00 | $600.00 | $480.00 | $600.00 | $5,557.50 |
| **Total Liability** | $2,752.80 | $2,166.90 | $1,999.50 | $2,007.20 | $3,049.40 | $3,088.00 | $3,860.00 | $2,673.05 | $3,088.00 | $3,860.00 | $3,088.00 | $3,860.00 | $35,492.85 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 7.800 | 7.800 | 7.800 | 8.150 | 8.150 | 8.150 | 8.150 | 8.150 | 8.150 | 8.150 | 8.150 | 8.150 | |
| ANNUITY | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | 1.500 | |

**AC Crowder Corporation - 137 FBF**
**Unreported Total Hours**
**For period 1/1/2021 - 3/31/2021**
**Local: 137-PA**

| | January | February | March | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 160.00 | 160.00 | 190.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **NIX, ELLIOT** | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **Unreported Total Hours** | 320.00 | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 |
| **Amounts Due** | | | | | | | | | | |
| PENSION | $2,608.00 | $2,608.00 | $2,608.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,824.00 |
| ANNUITY | $480.00 | $480.00 | $480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,440.00 |
| **Total Liability** | $3,088.00 | $3,088.00 | $3,088.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,264.00 |
| **Rates** | | | | | | | | | | |
| PENSION | 8.150 | 8.150 | 8.150 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| ANNUITY | 1.500 | 1.500 | 1.500 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

# EXHIBIT "2"

STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
AC CROWDER CORPORATION
ON BEHALF OF THE
EAST CENTRAL ILLINOIS
PIPE TRADES HEALTH & WELFARE FUND
FOR THE PERIOD
APRIL 1, 2017 THROUGH MARCH 31, 2021



1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

East Central Illinois Pipe Trades
 Health & Welfare Fund
Indianapolis, Indiana

We have performed the procedures enumerated on the attached supplement, which were agreed to by the East Central Illinois Pipe Trades Health & Welfare Fund (the Fund), solely to assist you with respect to the selected payroll and related records of AC Crowder Corporation (the employer) for the period of April 1, 2017 through March 31, 2021.  The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the collective bargaining agreements, participation agreements, and the East Central Illinois Pipe Trade's Trust Agreements. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Fund. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures performed are found on the attached supplement.

In connection with the above procedures, certain matters came to our attention that resulted in findings of additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $51,482.05.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report.  These notes are an integral part of this report and should be reviewed to completely understand this report.

Our procedures were related to an examination of the employer's payroll records provided to us and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the East Central Illinois Pipe Trades Health & Welfare Fund and is not intended to be and should not be used by anyone other than those specified parties.

Romolo & Associates, LLC
Certified Public Accountants
Peoria, IL
May 11, 2021

## CONSULTING AGREEMENT PROCEDURES PERFORMED

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   o Payroll journals or computer printouts with paycheck history, employee hours, gross wages
   o Individual earnings and time records on all employees or computer printout with paycheck history
   o Annual earnings records (W-2's and W-3)
   o Quarterly employer's federal withholding and FICA tax returns (Forms 941)
   o Quarterly employer's contribution and wages reports for state unemployment compensation
   o Employer's copies of monthly fringe benefit report forms
   o Employee occupation listing
   o Cash disbursement records
   o Payments to subcontractors (Forms 1096 and 1099)
   o Most recent union contract
   o Federal tax returns
   o Working owner participation agreement

3. To determine that we were provided with the entire payroll we performed the following procedure:

   o Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4. In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures:

   o Determined classifications of employees and/or their union affiliation based on the employer's records
   o Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

   (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**AC CROWDER CORPORATION**
**NOTES TO CONSULTING PROCEDURES**
**APRIL 1, 2017 THROUGH MARCH 31, 2021**

### NOTE 1    WORKING OWNER

Aaron Crowder is the owner of the company. He works at the trade and has a signed working owner participation agreement. Mr. Crowder is paid hourly, at the union scale for all hours worked. He is typically paid for 40 hours per week, but in some weeks of our examination period he was paid for less than 40 hours. During our examination period, there were also months where the employer's payroll records listed more than 140 hours for Mr. Crowder. However, the employer only reported 140 hours to the Fund in these months. There were other months where the employer did not report any hours for Mr. Crowder. Therefore, in the months where greater than 140 hours was listed in the employer's records, we have shown the number of hours over 140 as due herein. In months where no hours were reported to the Fund, we have shown all of the hours listed for Mr. Crowder as due herein. These hours have been shown as due under Local 137.

**AC Crowder Corporation**

**TOTAL SUMMARY OF AMOUNTS DUE**

April 1, 2017    To    March 31, 2021

| | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|
| WELFARE | $   - | $   174.00 | $   15,144.10 | $   28,723.95 | $   7,440.00 | $   51,482.05 |
| TOTAL DUE | $   - | $   174.00 | $   15,144.10 | $   28,723.95 | $   7,440.00 | $   51,482.05 |

## AC Crowder Corporation - ECIPTWF
### Unreported Total Hours
### For period 1/1/2018 - 12/31/2018
#### Local: 137

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 |
| **Unreported Total Hours** | 0.00 | 0.00 | 0.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| WELFARE | $0.00 | $0.00 | $0.00 | $87.00 | $87.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174.00 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $87.00 | $87.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $174.00 |
| **Rates** | | | | | | | | | | | | | |
| WELFARE | 0.000 | 0.000 | 0.000 | 7.250 | 7.250 | 7.250 | 7.250 | 7.250 | 7.250 | 7.250 | 7.250 | 7.250 | |

# AC Crowder Corporation – ECIPTWF
## Unreported Total Hours
### For period 1/1/2019 - 12/31/2019
#### Local: 137

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 0.00 | 0.00 | 0.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 0.00 | 0.00 | 12.00 | 1052.00 |
| **NIX, ELLIOT** | 0.00 | 0.00 | 0.00 | 155.50 | 207.00 | 148.00 | 155.00 | 179.00 | 150.00 | 0.00 | 0.00 | 0.00 | 994.50 |
| **Unreported Total Hours** | 0.00 | 0.00 | 0.00 | 315.50 | 407.00 | 308.00 | 315.00 | 379.00 | 310.00 | 0.00 | 0.00 | 12.00 | 2046.50 |
| **Amounts Due** | | | | | | | | | | | | | |
| WELFARE | $0.00 | $0.00 | $0.00 | $2,334.70 | $3,011.80 | $2,279.20 | $2,331.00 | $2,804.60 | $2,294.00 | $0.00 | $0.00 | $88.80 | $15,144.10 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $2,334.70 | $3,011.80 | $2,279.20 | $2,331.00 | $2,804.60 | $2,294.00 | $0.00 | $0.00 | $88.80 | $15,144.10 |
| **Rates** | | | | | | | | | | | | | |
| WELFARE | 7.250 | 7.250 | 7.250 | 7.400 | 7.400 | 7.400 | 7.400 | 7.400 | 7.400 | 7.400 | 7.400 | 7.400 | |

## AC Crowder Corporation - ECIPTWF
### Unreported Total Hours
### For period 1/1/2020 - 12/31/2020
#### Local: 137

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CROWDER, AARON | 160.00 | 140.00 | 140.00 | 140.00 | 176.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1996.00 |
| NIX, ELLIOT | 135.00 | 105.00 | 87.00 | 80.00 | 140.00 | 150.00 | 200.00 | 117.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1745.00 |
| Unreported Total Hours | 296.00 | 245.00 | 227.00 | 220.00 | 316.00 | 320.00 | 400.00 | 277.00 | 320.00 | 400.00 | 320.00 | 400.00 | 3741.00 |
| Amounts Due | | | | | | | | | | | | | |
| WELFARE | $2,190.40 | $1,813.00 | $1,679.80 | $1,705.00 | $2,449.00 | $2,480.00 | $3,100.00 | $2,146.75 | $2,480.00 | $3,100.00 | $2,480.00 | $3,100.00 | $28,723.95 |
| Total Liability | $2,190.40 | $1,813.00 | $1,679.80 | $1,705.00 | $2,449.00 | $2,480.00 | $3,100.00 | $2,146.75 | $2,480.00 | $3,100.00 | $2,480.00 | $3,100.00 | $28,723.95 |
| Rates | | | | | | | | | | | | | |
| WELFARE | 7.400 | 7.400 | 7.400 | 7.750 | 7.750 | 7.750 | 7.750 | 7.750 | 7.750 | 7.750 | 7.750 | 7.750 | |

## AC Crowder Corporation - ECIPTWF
### Unreported Total Hours
### For period 1/1/2021 - 3/31/2021
#### Local: 137

| | January | February | March | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | | | | | | | | | | | |
| | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **NIX, ELLIOT** | | | | | | | | | | | |
| | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **Unreported Total Hours** | 320.00 | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 |
| **Amounts Due** | | | | | | | | | | | |
| WELFARE | $2,480.00 | $2,480.00 | $2,480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,440.00 |
| **Total Liability** | $2,480.00 | $2,480.00 | $2,480.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,440.00 |
| **Rates** | | | | | | | | | | | |
| WELFARE | 7.750 | 7.750 | 7.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

# EXHIBIT "3"

STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
AC CROWDER CORPORATION
ON BEHALF OF THE
PLUMBERS & PIPEFITTERS
NATIONAL PENSION FUND
FOR THE PERIOD
APRIL 1, 2017 THROUGH MARCH 31, 2021



1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

Plumbers & Pipefitters
National Pension Fund
Alexandria, Virginia

We have performed the procedures enumerated on the attached supplement, which were agreed to by the Plumbers & Pipefitters National Pension Fund (the Fund), solely to assist you with respect to the selected payroll and related records of AC Crowder Corporation (the employer) for the period of April 1, 2017 through March 31, 2021. The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the collective bargaining agreements, participation agreements, and Plumbers & Pipefitters National Pension Fund's Trust Agreements. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Fund. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures performed are found on the attached supplement.

In connection with the above procedures, certain matters came to our attention that resulted in findings of additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $6,818.20.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Our procedures were related to an examination of the employer's payroll records provided to us and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the Plumbers & Pipefitters National Pension Fund and is not intended to be and should not be used by anyone other than those specified parties.

Romolo & Associates, LLC
Certified Public Accountants
Peoria, IL
May 11, 2021

## CONSULTING AGREEMENT PROCEDURES PERFORMED

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   o Payroll journals or computer printouts with paycheck history, employee hours, gross wages
   o Individual earnings and time records on all employees or computer printout with paycheck history
   o Annual earnings records (W-2's and W-3)
   o Quarterly employer's federal withholding and FICA tax returns (Forms 941)
   o Quarterly employer's contribution and wages reports for state unemployment compensation
   o Employer's copies of monthly fringe benefit report forms
   o Employee occupation listing
   o Cash disbursement records
   o Payments to subcontractors (Forms 1096 and 1099)
   o Most recent union contract
   o Federal tax returns
   o Working owner participation agreement

3. To determine that we were provided with the entire payroll we performed the following procedure:

   o Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4. In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures:

   o Determined classifications of employees and/or their union affiliation based on the employer's records
   o Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

   (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**AC CROWDER CORPORATION**
**NOTES TO CONSULTING PROCEDURES**
**APRIL 1, 2017 THROUGH MARCH 31, 2021**

## NOTE 1    WORKING OWNER

The owner of the company, Aaron Crowder, participates in the Fund as a working owner. He is the only owner of the company. He is paid hourly, at the union scale. Typically, Mr. Crowder is paid for 40 hours per week. However, there were weeks during our examination period where Mr. Crowder was paid for less than 40 hours per week. Prior to becoming delinquent to the Fund, the employer reported all hours for which Mr. Crowder was paid. Per the working owner agreement, since he is paid hourly at the union scale, all hours for which he takes pay should be reported to the Fund. Therefore, based upon this, in any month where we found unreported hours to the Fund, we have shown them as due herein under Local 137.

## NOTE 2    OTHER UNREPORTED HOURS

In May 2019 the employer reported the hours worked for Elliot Nix, rather than the hours paid. The unreported hours have also been shown as due under Local 137.

## NOTE 3    DISCREPANCY

During our examination, we identified hours in September 2018 which appear to be recorded under Elliot Nix, which were listed in the employer's records under Aaron Crowder. The nature of this discrepancy could not be determined. We have attached Exhibit #1 which details the hours for each individual in this month. This information is for the Fund's review and any action they may deem as necessary or appropriate.

EXHIBIT #1

DISCREPANCIES

| PERIOD | LOCAL | SSN | NAME | ACTUAL HOURS WORKED (TOTAL) | FUND HOURS RECORDED | OVER UNDER HOURS | EXAMINER EXPLANATION AND ACTION TAKEN FOR DISCREPANCY |
|---|---|---|---|---|---|---|---|
| 9/1/2018 | 137 | | CROWDER, AARON | 160 | 0 | UNDER 160 | It is unclear what could have caused this discrepancy. No credit or liability has been shown herein for this error. Instead the hours are listed for Fund review and any action deemed necessary. |
| 9/1/2018 | 137 | | NIX, ELLIOT | 160 | 320 | OVER 160 | |

**AC Crowder Corporation**

**TOTAL SUMMARY OF AMOUNTS DUE**

April 1, 2017 To March 31, 2021

| | 2017 | 2018 | 2019 | 2020 | 2021 | TOTAL |
|---|---|---|---|---|---|---|
| NATIONAL PENSION | $ - | $ - | $ 7.30 | $ 5,409.30 | $ 1,401.60 | $ 6,818.20 |
| TOTAL DUE | $ - | $ - | $ 7.30 | $ 5,409.30 | $ 1,401.60 | $ 6,818.20 |

AC Crowder Corporation - PPNPF
Unreported Total Hours
For period 1/1/2019 - 12/31/2019

Local: 137

| NIX, ELLIOT | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unreported Total Hours | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| NATIONAL PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.30 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $7.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7.30 |
| **Rates** | | | | | | | | | | | | | |
| NATIONAL PENSION | 0.000 | 0.000 | 0.000 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | |

## AC Crowder Corporation - PPNPF
### Unreported Total Hours
### For period 1/1/2020 - 12/31/2020

**Local: 137**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 160.00 | 128.00 | 128.00 | 128.00 | 176.00 | 160.00 | 200.00 | 160.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1960.00 |
| **NIX, ELLIOT** | 136.00 | 105.00 | 87.00 | 80.00 | 140.00 | 160.00 | 200.00 | 117.00 | 160.00 | 200.00 | 160.00 | 200.00 | 1745.00 |
| **Unreported Total Hours** | 296.00 | 233.00 | 215.00 | 208.00 | 316.00 | 320.00 | 400.00 | 277.00 | 320.00 | 400.00 | 320.00 | 400.00 | 3705.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| NATIONAL PENSION | $432.16 | $340.18 | $313.90 | $303.68 | $461.36 | $467.20 | $584.00 | $404.42 | $467.20 | $584.00 | $467.20 | $584.00 | $5,409.30 |
| **Total Liability** | $432.16 | $340.18 | $313.90 | $303.68 | $461.36 | $467.20 | $584.00 | $404.42 | $467.20 | $584.00 | $467.20 | $584.00 | $5,409.30 |
| **Rates** | | | | | | | | | | | | | |
| NATIONAL PENSION | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | 1.460 | |

AC Crowder Corporation - PPNPF
Unreported Total Hours
For period 1/1/2021 - 3/31/2021
Local: 137

| | January | February | March | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| **CROWDER, AARON** | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 480.00 |
| **NIX, ELLIOT** | | | | | | | | | |
| **Unreported Total Hours** | 320.00 | 320.00 | 320.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 |
| **Amounts Due** | | | | | | | | | |
| NATIONAL PENSION | $467.20 | $467.20 | $467.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,401.60 |
| **Total Liability** | $467.20 | $467.20 | $467.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,401.60 |
| **Rates** | | | | | | | | | |
| NATIONAL PENSION | 1.460 | 1.460 | 1.460 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |