# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

EAST CENTRAL ILLINOIS PIPE TRADES )
HEALTH AND WELFARE TRUST FUND, )
PLUMBERS & PIPEFITTERS NATIONAL )
PENSION FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 PENSION )
FUND, PLUMBERS AND STEAMFITTERS )
LOCAL #137 ANNUITY FUND, THE FUND )
FOR THE TRAINING OF APPRENTICES )
AND JOURNEYMEN PLUMBERS AND )
STEAMFITTERS OF LOCAL UNION )
NO. 137, INTERNATIONAL TRAINING )
FUND, INDUSTRY FUND, PLUMBERS )
AND STEAMFITTERS LOCAL #137 PER )
CAPITA FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 MARKET )
RECOVERY FUND, PLUMBERS AND )
STEAMFITTERS LOCAL #137 COPE FUND, )
PLUMBERS AND STEAMFITTERS )
LOCAL #137 NEW BUILDING FUND, )
PLUMBERS AND STEAMFITTERS )
LOCAL #137 SAVINGS FUND, and )
PLUMBERS AND STEAMFITTERS )
LOCAL #137, )
  )
          Plaintiffs, )
  )
v. ) No.   20-3234
  )
AC CROWDER CORPORATION and )
AARON CROWDER, )
  )
          Defendant. )

**AFFIDAVIT IN SUPPORT OF ATTORNEY FEES**

I, JOHN P. LEAHY, being duly sworn on oath, depose and state as follows:

1.    I am at attorney at law duly licensed to practice in the state of Illinois. I am a partner in the law firm of Cavanagh & O'Hara, LLP, which is located in Springfield, Illinois. Each of the

1

statements herein is true and correct and known to me of my personal knowledge. If called as a witness I could and would competently testify thereto.

2. I am an experienced attorney in civil litigation.

3. Plaintiffs have entered into an agreement with my law firm obligating them to pay $195.00 per hour for time expended on their case by attorneys from my law firm, $175.00 per hour for associates, and $90.00 per hour for time expended on their case by paralegals from my law firm. In addition, Plaintiffs are obligated to pay the costs incurred herein.

4. Cavanagh & O'Hara LLP has provided legal services to the plaintiffs that were necessary for plaintiffs to enforce their rights under the collective bargaining agreement, their respective trust agreements and ERISA to collect contributions and other sums due to the Funds from the defendants, and to compel the defendants to meet their obligations under the collective bargaining agreement and certain payment plans.

5. To date, the Plaintiffs have incurred the following attorneys' fees, paralegal fees and costs:

### PLUMBERS & STEAMFITTERS LOCAL #137 PENSION FUND

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 10/23/19 | Telephone conference with Aaron Gurnsey regarding AC Crowder delinquency | 0.10 |
| 10/24/19 | Follow up conference with Aaron Gurnsey regarding AC Crowder delinquency | 0.10 |
| 10/25/19 (PAR) | Review file material; addition to Delinquency Status Report | 0.15 |
| 10/25/19 | Prepare demand letter to AC Crowder | 0.25 |
| 11/07/19 | Telephone conference with Aaron Gurnsey regarding delinquency; telephone conference with Aaron Crowder regarding the possibility of a payment plan; email Aaron Gurnsey | 0.30 |
| 11/15/19 | Telephone conference with AC Crowder regarding delinquency | 0.10 |
| 01/03/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder delinquency | 0.20 |

| Date | Description | Hours |
|---|---|---|
| 02/11/20 | Review file and begin preparing payment plan; emails to Aaron Gurnsey regarding amounts owed; dictate instructions to paralegal regarding spreadsheet of amounts owed | 0.50 |
| 02/11/20 | Review file for months and amounts owed; compare and contrast emails and documents received to ensure total contribution amount owed; email Local Union regarding the same | 0.25 |
| 02/12/20 | Dictate further instructions to paralegal regarding calculation of amounts owed and assessment of liquidated damages and interest | 0.10 |
| 02/12/20 | Received email from Aaron Gurnsey regarding AC Crowder delinquency and respond thereto with request for report forms | 0.15 |
| 02/14/20 (PAR) | Preparation of draft Promissory Note; calculate amounts owed from report forms; begin preparation of liquidated damages and interest spreadsheet for the Funds | 0.65 |
| 02/18/20 | Dictate instructions to paralegal regarding preparing breakdown of amounts owed and drafts of documents | 0.10 |
| 02/19/20 (PAR) | Continue preparing liquidated damages and interest spreadsheets for the funds | 0.30 |
| 02/28/20 | Telephone conference with Aaron Gurnsey regarding beach of payment plan and need for additional | 0.15 |
| 03/23/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder delinquency and desire to move forward | 0.25 |
| 04/03/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder delinquency | 0.10 |
| 04/18/20 | Begin preparing demand letter to employer | 0.20 |
| 04/19/20 | Prepare final demand to contractor; prepare promissory note as well as spreadsheet of amounts owed; email to Aaron Gurnsey regarding amounts owed | 1.75 |
| 04/20/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder delinquency; update letter, promissory note, and payment schedule, dictate instructions to paralegal | 0.20 |
| 05/28/20 | Prepare email and overview memorandum regarding delinquency against AC Crowder | 0.15 |
| 05/29/20 | Telephone conference with Aaron Gurnsey; draft file memo regarding AC Crowder | 0.10 |
| 05/30/20 | Review file status of employer compliance with payment of delinquent contributions; Research employer information online; Assess and determine collection strategy regarding collection and promissory note; Preparation regarding notice of intent to file lawsuit; Preparation regarding revised promissory note; Preparation regarding draft of complaint | 3.00 |
| 06/16/20 | Review status of employer compliance with notice of intent to file lawsuit for paying amounts due | 0.05 |
| 06/16/20 | Telephone call/message to employer representative Aaron Crowder regarding failure to comply with notice of intent to file lawsuit deadline for paying amounts due | 0.05 |

3

| | | |
|---|---|---|
| 06/16/20 | Preform online research regarding current information on employer | 0.15 |
| 06/16/20 | Assess and determine legal and collection strategy regarding filing suit and compelling audit or production of hours' reports and payroll information | 0.10 |
| 06/17/20 | Telephone call with Aaron Crowder regarding financial status of employer, payment plan, and employer's intention to retain legal counsel | 0.10 |
| 06/17/20 | Prepare letter to Aaron Crowder regarding amounts owed to the Funds and employer's intention to retain legal counsel | 0.15 |
| 07/01/20 | Review file status regarding employer's retention of legal counsel to address pending issues and amounts owed | 0.05 |
| 07/01/20 | Telephone call with Aaron Crowder regarding financial status of employer, payment plan, and status of obtaining legal counsel | 0.05 |
| 07/01/20 | Prepare letter to Aaron Crowder regarding status of retaining legal counsel and proposing resolution to resolve the outstanding amounts that are owed to the Funds | 0.10 |
| 07/01/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder's delinquencies, company and employees acting as if non-union, and potential courses of action thereto; draft file memo; received and reviewed follow-up email from Aaron Gurnsey regarding company | 0.20 |
| 07/10/20 | Telephone call with Aaron Crowder regarding payment plan | 0.05 |
| 07/10/20 | Review and edit promissory note | 0.10 |
| 07/10/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder | 0.10 |
| 07/10/20 | Review file status regarding reporting delinquencies | 0.10 |
| 07/10/20 | Prepare email to Aaron Crowder regarding promissory note, deadline to execute note and make first payment, demand for delinquent reports, and requirements under the note to stay current | 0.10 |
| 07/16/20 | Preparation of letter to Aaron Gurnsey at Local 137 regarding receipt of payment, promissory note signed by employer, amounts due, and status of collection efforts | 0.25 |
| 07/16/20 | Assess and determine legal strategy regarding collection of additional delinquencies and enforcing employer's obligations under the collective bargaining agreement | 0.25 |
| 07/17/20 | Prepare letter to employer regarding promissory note, employer's obligations to remain current in reporting contributions, and demand for reporting and payment of delinquent contributions for the period of January through June of 2020 | 0.25 |
| 08/04/20 | Received email from Lisa Catton regarding AC Crowder delinquency and respond thereto | 0.10 |
| 08/04/20 | Telephone conference with Aaron Gurnsey regarding AC Crowder | 0.10 |
| 08/20/20 | Correspond with Donna Spell regarding claims of National Pension Fund and inclusion in lawsuit against employer | 0.05 |
| 08/21/20 | Review of email and demand letter from attorney Harney regarding employer's delinquent reporting | 0.05 |

4

| | | |
|---|---|---|
| 08/21/20 | Prepare email to Aaron Gurnsey at Local 137 regarding status of preparation of lawsuit against employer | 0.05 |
| 08/26/20 | Preparation regarding drafting of multi-count lawsuit against employer for delinquent contributions and failure to report and pay contributions in breach of collective bargaining agreement and promissory note | 1.50 |
| 09/04/20 | Continue with preparation and drafting of multi-count lawsuit against employer for delinquent contributions and failure to report and pay contributions in breach of collective bargaining agreement and promissory note | 0.50 |
| 09/09/20 | Finalize preparation and drafting of multi-count lawsuit against employer for delinquent contributions and failure to report and pay contributions in breach of collective bargaining agreement and promissory note | 0.25 |
| 09/09/20 | Correspond with local business agent Aaron Gurnsey regarding status of compliance with promissory note, collective bargaining agreements, bond and lawsuit | 0.10 |
| 09/09/20 | Preparation and review of exhibits for multi-count complaint | 0.20 |
| 09/10/20 (PAR) | Research Secretary of State website regarding corporate information; draft Civil Cover Sheet; Certificate of Interest; redact exhibits, open new case on ECF system and file Complaint and Certificate of Interest | 0.45 |
| 09/17/20 | Correspond with local business agent Aaron Gurnsey regarding status of payments received from employer | 0.05 |
| 10/01/20 | Review of status of inability to secure service of process on employer and need for process server to continue with service attempts | 0.05 |
| 10/15/20 | Review email from process server regarding inability to serve employer with complaint | 0.05 |
| 10/15/20 | Assess and determine legal strategy regarding service of process and potential need for court proceedings to secure service of complaint on employer by alternative means | 0.05 |
| 10/15/20 | Research regarding court procedure and requirements to seek court approval to secure service of complaint on employer by alternative means | 0.25 |
| 10/15/20 | Prepare email to Aaron Gurnsey at Local 137 and Donna Spell regarding status of service of the complaint on employer and service strategy | 0.05 |
| 10/16/20 | Review and respond to emails from Donna Spell regarding status of employer reporting and determination of amounts due | 0.05 |
| 10/26/20 | Prepare file memo regarding assessment of surcharges | 0.15 |
| 11/27/20 | Review status of employer's response to Complaint and assess and determine legal strategy | 0.05 |
| 11/27/20 | Research online for new/current information on employer | 0.10 |

| | | |
|---|---|---|
| 11/27/20 | Preparation regarding pleadings for entry of default; application for default, affidavit in support of application for default and proposed order of default | 0.50 |
| 12/07/20 | Review of file status and entry of default and court order of default | 0.10 |
| 12/08/20 | Assess and determine legal strategy and procedure regarding filing motion for default and seeking order compelling audit | 0.10 |
| 12/08/20 | Review of trust agreement language regarding audit rights of Funds and employer's obligations to submit to an audit | 0.10 |
| 12/08/20 | Drafting and preparation of motion for default judgment | 0.50 |
| 12/08/20 | Drafting and preparation of proposed order granting motion for default judgment and ordering employer to submit to an audit | 0.20 |
| 12/08/20 | Drafting and preparation of affidavit of Aaron Gurnsey in support of motion for default judgment | 0.50 |
| 12/08/20 | Preparation and drafting of memorandum of law in support of motion for default judgment | 1.00 |
| 12/08/20 | Preparation of email to Aaron Gurnsey regarding case status and affidavit in support of motion for order compelling audit and default judgment | 0.05 |
| 12/09/20 | Telephone call with Aaron Gurnsey regarding affidavit in support of motion for order compelling audit and default judgment and prepare minor edit to affidavit | 0.05 |
| 12/14/20 (PAR) | Finalize exhibit; file Motion for Default Judgment and for Order Compelling Accounting, Memorandum in Support and Amended Certificate of Service with Court; received and reviewed files copies; serve Defendant | 0.10 |
| 12/16/20 | Prepare email to Donna Spell and Aaron Gurnsey regarding case status and strategy | 0.10 |
| 12/17/20 | Review and respond to email from Aaron Gurnsey regarding employer's obligations regarding the audit | 0.05 |
| 02/25/21 | Review file status regarding surcharge notice and additional amounts owed by employer and correspond with Becky Lambert at the Fund Office regarding surcharge notice | 0.10 |
| 03/02/21 | Review file and status of pending court case and assess and determine legal strategy regarding scheduling employer audit | 0.10 |
| 03/02/21 | Telephone call/message to owner Aaron Crowder regarding lawsuit and request to schedule employer audit | 0.05 |
| 03/02/21 | Correspond with Lisa Catton at Romolo & Associates regarding available audit dates for employer audit | 0.05 |
| 03/04/21 | Telephone call with owner Aaron Crowder regarding lawsuit, request to schedule employer audit, and status of payments due under promissory note | 0.05 |
| 03/04/21 | Correspond with Lisa Catton at Romolo & Associates regarding dates for employer audit | 0.05 |
| 03/04/21 | Prepare email to owner Aaron Crowder regarding potential audit dates and scheduling of audit | 0.05 |

6

| Date | Description | Hours |
|---|---|---|
| 03/04/21 | Prepare email to Aaron Gurnsey at Local 137 and Donna Spell at the National Pension Fund regarding the current status of the lawsuit against the employer and efforts to get an audit scheduled | 0.10 |
| 03/22/21 | Correspond with Lisa Catton at Romolo & Associates regarding attempts to confirm dates with employer for audit | 0.05 |
| 03/22/21 | Review file status regarding employer audit and call and leave message for employer owner Aaron Crowder regarding audit dates and request to schedule audit | 0.05 |
| 03/24/21 | Review email from employer regarding audit date and prepare email to auditor to check availability of date for scheduling employer audit | 0.05 |
| 03/25/21 | Review of employer audit acknowledgement letter from Lisa Catton at Romolo & Associates and correspond with Lisa Catton regarding contents of letter | 0.10 |
| 03/25/21 | Correspond with Lisa Catton at Romolo & Associates regarding audit date, audit period, previous employer audit, and employer contact information | 0.10 |
| 03/26/21 | Prepare email to employer regarding rescheduled audit and audit letter identifying records and information required for the audit | 0.05 |
| 04/02/21 | Exchange emails with employer owner Aaron Crowder regarding scheduled audit date and status of payment plan payments | 0.10 |
| 04/02/21 | Prepare email to Aaron Gurnsey and Donna Spell regarding status of case and employer audit date | 0.10 |
| 04/29/21 | Review status of file, pending lawsuit and employer audit and prepare email to employer owner Aaron Crowder to confirm audit date and information necessary to be produced for the audit | 0.10 |
| 05/21/21 | Initial review of audit findings of employer | 0.30 |
| 05/26/21 | Telephone call with Aaron Gurnsey regarding employer audit findings and collection strategy | 0.05 |
| 05/27/21 | Review of entry of default judgment order | 0.05 |
| 05/27/21 | Prepare email to Aaron Gurnsey and Donna Spell regarding audit, entry of default judgment order and establishing damages for entry of final judgment | 0.05 |
| 05/27/21 | Review and respond to email from Donna Spell regarding PPNPF audit | 0.05 |
| 05/27/21 | Preparation and drafting regarding motion to supplement default judgment to establish damages for entry of final judgment | 0.50 |
| 05/27/21 | Preparation and drafting of affidavits regarding audit findings to establish damages for entry of final judgment | 1.00 |
| 05/27/21 | Review and respond to email from Aaron Gurnsey regarding PPNPF, ECIHWF and Local 137 audits | 0.05 |
| 05/28/21 | Continue with preparation and drafting regarding motion for entry of final judgment and affidavits in support of motion establishing damages | 0.50 |
| 05/28/21 | Drafting and preparation regarding memorandum of law in support of motion for entry of final judgment | 0.75 |

| Date | Description | Hours |
|---|---|---|
| 06/09/21 | Finish preparation of draft of motion for entry of final judgment and proposed order of final judgment | 1.00 |
| 06/10/21 | Finish preparation of drafts of affidavits of Joe Romolo, Aaron Gurnsey, Mel Cox and Toni Inscoe in support of motion for entry of final judgment | 1.50 |
| 06/11/21 | Research ERISA statute regarding surcharges and enforcement action to collect surcharges for Local 137 pension fund in connection with preparation of memorandum of law in support of motion for entry of final judgment | 0.20 |
| 06/11/21 | Research case law regarding ERISA preemption of claim for breach of promissory note and holding owner personally liable for amounts due under promissory note in connection with preparation of memorandum of law in support of motion for entry of final judgment | 0.50 |
| 06/11/21 | Complete preparation and drafting of final draft of memorandum of law in support of motion for entry of final judgment | 1.50 |
| 06/15/21 | Prepare emails to Donna Spell, Aaron Gurnsey, Mel Cox and Joe Romolo regarding affidavits to be filed in support of motion for entry of final judgment | 0.10 |
| 06/15/21 | Review email from Aaron Gurnsey regarding edits to affidavit and prepare and email edited affidavit to Aaron Gurnsey | 0.10 |
| 06/16/21 | Review and response to email from Joe Romolo regarding affidavit and prepare edits to affidavit to update the audit costs for each fund | 0.10 |
| 06/16/21 | Correspond and exchange emails with Mel Cox regarding affidavit and prepare edits to affidavit to add verification language in lieu of notary acknowledgment | 0.10 |
| 07/06/21 | Review file status regarding finalizing motion for default judgment and email to Donna Spell regarding amounts owed to the National Pension Fund and affidavit of Administrator in support of motion | 0.10 |
| 07/12/21 | Review and respond to email from Donna Spell regarding amounts owed to the National Pension Fund and affidavit of Administrator in support of motion | 0.10 |
| 07/12/21 | Review and assess supporting materials for and make final edits to National Pension Fund affidavit of Administrator in connection with preparation regarding motion for entry of final judgment | 0.20 |
| 07/15/21 | Review email and executed affidavit for National Pension Fund received from Donna Spell to be used in support of motion for entry of final judgment | 0.05 |
| 07/15/21 | Final review and preparation of motion for entry of final judgment and memorandum of law, drafting and preparation of final edits, calculation of final amounts due, and assembly, review and final preparation of exhibits | 1.00 |

| | | |
|---|---|---:|
| | TOTAL HOURS 1.65 x $90.00 PER HOUR | $148.50 |
| | TOTAL HOURS 28.35 x $195.00 PER HOUR | $5,528.25 |
| | COSTS | |
| 09/29/20 | Filing Fee – U.S. District Court | $133.34 |
| 10/26/20 | Service Fee – Sangamon County Sheriff | $50.00 |
| 11/12/20 | Service Fee – Clutter Investigations | $130.00 |
| | TOTAL COSTS | $313.34 |
| | **TOTAL COSTS AND FEES DUE** | **$5,990.09** |

7. The attorneys' fees, paralegal fees and costs associated with work done by attorneys and paralegals from my law firm were billed at my law firm's customary rate for such work. The rates are reasonable in light of the experience of the individuals involved and the customary attorney billing rates generally prevailing in Sangamon County, Illinois.

8. The amount of time allocated for the services performed on behalf of the Plaintiffs by attorneys and paralegals from my law firm is a reasonable and customary amount of time for such services.

9. The attorneys' fees, paralegal fees and costs incurred by Plaintiffs are reasonable and necessary for a full and proper presentation of Plaintiffs' claims.

FURTHER THIS AFFIANT SAYETH NAUGHT.

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA, LLP
Attorneys for Plaintiffs
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile

SUBSCRIBED AND SWORN to before me on this 27 day of July 2021.

NOTARY PUBLIC

OFFICIAL SEAL
AMY J SMITH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/21/21

9