# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| **EAST CENTRAL ILLINOIS PIPE TRADES HEALTH AND WELFARE TRUST FUND, PLUMBERS & PIPEFITTERS NATIONAL PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PENSION FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 ANNUITY FUND, THE FUND FOR THE TRAINING OF APPRENTICES AND JOURNEYMEN PLUMBERS AND STEAMFITTERS OF LOCAL UNION NO. 137, INTERNATIONAL TRAINING FUND, INDUSTRY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 PER CAPITA FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 MARKET RECOVERY FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 COPE FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 NEW BUILDING FUND, PLUMBERS AND STEAMFITTERS LOCAL #137 SAVINGS FUND, and PLUMBERS AND STEAMFITTERS LOCAL #137,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Plaintiffs,** | ) **Case No. 20-cv-3234** |
| | ) |
| **v.** | ) |
| | ) |
| **AC CROWDER CORPORATION and AARON CROWDER,** | ) ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This cause comes before the Court on Plaintiffs' Motion for Entry of Final Judgment (d/e 11).  The Court has reviewed Plaintiffs' Motion, the supporting memorandum of law, and the affidavits and other documentary evidence filed in this matter. After Defendants AC Crowder Corporation and Aaron Crowder failed to respond to Plaintiffs' Motion for Default Judgment (d/e 7), this Court previously found that Defendants were liable to Plaintiffs for damages on May 21, 2021.  See d/e 10.   Plaintiffs have now submitted documentary evidence establishing the amount of damages, costs, and fees to which Plaintiffs are entitled. Accordingly, it is hereby ORDERED that:

1.    Plaintiffs' Motion for Entry of Final Judgment (d/e 11) is GRANTED.

2.    Defendants are liable to Plaintiffs for a breach of their obligations under the provisions of ERISA, the collective bargaining agreements, the Plaintiffs' respective trust agreements, and the promissory note.  Defendants owe Plaintiffs delinquent contributions, working dues, liquidated damages, interest, audit

costs, and attorneys' fees and court costs as detailed in Plaintiffs'
Motion for Entry of Final Judgment.

3.     Judgment is entered in favor of plaintiffs Plumbers and
Steamfitters Local #137 Pension Fund, Plumbers and Steamfitters
Local #137 Annuity Fund, The Fund for the Training of Apprentices
and Journeymen Plumbers and Steamfitters of Local Union No.
137, International Training Fund, Industry Fund, Plumbers and
Steamfitters Local #137 Per Capita Fund, Plumbers and
Steamfitters Local #137 Market Recovery Fund, Plumbers and
Steamfitters Local #137 Cope Fund, Plumbers and Steamfitters
Local #137 New Building Fund, Plumbers and Steamfitters Local
#137 Savings Fund, and Plumbers and Steamfitters Local #137 and
against the defendant AC Crowder Corporation in the sum of
$120,455.73 and against Aaron Crowder, personally, in the sum of
$62,540.76.  These sums are inclusive of attorneys' fees and costs
as well as damages, as detailed in Plaintiffs' Motion for Entry of
Final Judgment.

4.     Judgment is entered in favor of Plaintiff East Central
Illinois Pipe Trades Health and Welfare Trust Fund and against the
defendant AC Crowder Corporation in the sum of $63,819.67.  This

sum is inclusive of attorneys' fees and costs as well as damages, as detailed in Plaintiffs' Motion for Entry of Final Judgment.

**5.** Judgment is entered in favor of plaintiff Plumbers & Pipefitters National Pension Fund and against the defendant AC Crowder Corporation in the sum of $12,639.77. This sum is inclusive of attorneys' fees and costs as well as damages, as detailed in Plaintiffs' Motion for Entry of Final Judgment.

**6.** Judgment is entered in favor of Plaintiff Plumbers & Steamfitters Local 137 Pension Fund and against Defendant AC Crowder Corporation in the sum of $978.00. This sum is inclusive of attorneys' fees and costs as well as damages, as detailed in Plaintiffs' Motion for Entry of Final Judgment.

ENTER: August 12, 2021

*s/ Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE