Judgment in a Civil Case (02/11)

## UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| East Central Illinois Pipe Trades Health & Welfare Trust Fund, Plumbers & Pipefitters National Pension Fund, Plumbers and Steamfitters Local #137 Pension Fund, Plumbers and Steamfitters Local #137 Annuity Fund, The Fund for the Training of Apprentices and Journeymen Plumbers and Steamfitters of Local Union No. 137, International Training Fund, Industry Fund, Plumbers and Steamfitters Local #137 Per Capita Fund, Plumbers and Steamfitters Local #137 Market Recovery Fund, Plumbers And Steamfitters Local #137 Cope Fund, Plumbers and Steamfitters Local #137 New Building Fund, Plumbers and Steamfitters Local #137 Savings Fund, Plumbers and Steamfitters Local #137, <br><br>Plaintiffs, <br><br>vs. <br><br>AC Crowder Corporation and Aaron Crowder, <br><br>Defendants. | Case Number: 20-3234 |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs Plumbers and Steamfitters Local #137 Pension Fund, Plumbers and Steamfitters Local #137 Annuity Fund, The Fund for the Training of Apprentices and Journeymen Plumbers and Steamfitters of Local Union No. 137, International Training Fund, Industry Fund, Plumbers and Steamfitters Local #137 Per Capita Fund, Plumbers and Steamfitters Local #137 Market Recovery Fund, Plumbers and Steamfitters Local #137 Cope Fund, Plumbers and Steamfitters Local #137 New Building Fund, Plumbers

and Steamfitters Local #137 Savings Fund, and Plumbers and Steamfitters Local #137 recover from Defendant AC Crowder Corporation the sum of $120,455.73 and from Defendant Aaron Crowder, personally, the sum of $62,540.76.

**IT IS ORDERED AND ADJUDGED** that Plaintiff East Central Illinois Pipe Trades Health and Welfare Trust Fund recovers from Defendant AC Crowder Corporation the sum of $63,819.67.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Plumbers & Pipefitters National Pension Fund recovers from Defendant AC Crowder Corporation the sum of $12,639.77.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Plumbers & Steamfitters Local 137 Pension Fund recovers from Defendant AC Crowder Corporation the sum of $978.00.

**Dated: September 16, 2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge